# EXHIBIT A

*J*

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| CATHERINE OHLE, | ) | |
| | ) | |
| Plaintiff, | ) | 2012L011260 |
| | ) | CALENDAR/ROOM H |
| v. | ) Case No. | TIME 00:00 |
| | ) | PI Stat Misc Action |
| THE NEIMAN MARCUS GROUP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

Plaintiff CATHERINE OHLE ("Plaintiff") through her attorneys of record, for her

Complaint against Defendant, THE NEIMAN MARCUS GROUP ("Defendant"), states as

follows:

## NATURE OF PLAINTIFFS' CLAIMS

1.      This lawsuit arises under the Illinois Employee Credit Privacy Act, 820 ILCS § 70/1 *et*

*seq.* ("IECPA") for Defendant's failure or refusal to hire the Plaintiff because of her credit

history or credit report.

2.      Pursuant to 735 ILCS 5/2-209, this Court has jurisdiction over Defendant which conducts

business in Illinois and which is an Illinois employer having employed workers in Illinois.

3.      Venue is proper in this Court pursuant to 735 ILCS 5/2-101.

4.      Plaintiff CATEHRINE OHLE resides in the state of Illinois, county of Cook.

5.      On or about June 22, 2012, Plaintiff first applied for a job with Defendants.

6.      On or about June 30, 2012, Plaintiff was interviewed by Defendants. Thereafter, Plaintiff

was told that she was hired as a sales associate pending the completion of a successful

background check.

7.  On July 17, 2012 Plaintiff was informed that based on information contained in her consumer report, Neiman Marcus has elected not to extend an offer of employment or continue her employment. (*See* Ex. A – July 17, 2012 correspondence)

## COUNT I

### Violation of the Illinois Employee Credit Privacy Act, 820 ILCS § 70/1 *et seq*

8.  Plaintiff hereby repeats and re-alleges the above paragraphs, as if fully set forth herein.

9.  Plaintiff applied for a job with Defendant.

10.  Plaintiff was offered a job with Defendant contingent on her completing a credit report.

11.  Defendant failed or refused to hire Plaintiff and discriminated against her based on her credit report.

12.  Plaintiff is not exempt from the IECPA because a successful credit history check was not a bona fide occupational requirement for the position and because she does not meet any of the tests for exemption.

13.  Plaintiff suffered and continues to suffer damages as a result of Defendant's violations.

14.  Plaintiff is entitled to injunctive relief and damages as a result of Defendant's violations. 820 ILCS 70/25(a)

15.  Plaintiff is also entitled to recovery of her reasonable attorneys' fees and costs. 820 ILCS 70/25(b)

WHEREFORE, Plaintiff prays for a judgment against Defendant as follows:

A.  A judgment in the amount of all damages due, as provided by the IECPA;

B.  Injunctive relief;

C.  Reasonable attorney's fees and costs; and,

D.      Such other and further relief as this Court deems appropriate and just.


Dated: October 3, 2012                          Respectfully Submitted,


                                                _____
                                                Ryan F. Stephan
                                                James B. Zouras
                                                Stephan Zouras, LLP
                                                205 N. Michigan Avenue, Suite 2560
                                                Chicago, Illinois 60601
                                                312-233-1550
                                                312-233-1560 f

                                                **Attorneys for the Plaintiffs**

3

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| CATHERINE OHLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: |
| | ) | |
| THE NIEMAN MARCUS GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222

I, Ryan F. Stephan, as attorney for the Plaintiff, being duly sworn on my oath, state:

1.    I, Ryan F. Stephan, am one of the attorneys for the Plaintiff in the above entitled suit.

2.    The total of money damages sought in this civil action exceeds $50,000.00.

FURTHER AFFIANT SAYETH NOT.

_____
Attorney

STEPHAN ZOURAS, LLP
Attorneys for Plaintiff
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
312.233.1550
312.233.1560 *f*
Atty. No.: 43734

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 3ʳᵈ DAY OF
October , 2012.

_____

CHRISTINE BASS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 06, 2016